# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1063

VERSUS

JAMES McKINLEY MILLER                         **OCT 1 8 2019**

---

In Re:   James McKinley Miller, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 585796.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** As an incarcerated *pro se* petitioner, relator
may seek review of the district court's judgment denying the
motion without the necessity of obtaining a writ return date.
Relator should file the application with this court by November
27, 2019, and the application must include a copy of this
ruling, the motion, the court's ruling on the motion, and any
pertinent documents from the district court record that might
assist with relator's claims.

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT